UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PENNIE COTTRELL,<br><br>                Plaintiff,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                Defendant. | CASE NO. C18-0072 BHS<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SEVERING CLAIMS |
| JACOB BURKE and BELINDA COTTRELL-BURKE, individually and as Joint Guardians to T.B. and R.B., their minor children; and TAYTEM BURKE;<br><br>                Plaintiffs,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                Defendant | CASE NO. C18-5594 BHS |

This matter comes before the Court on Defendant National Railroad Passenger Corporation d/b/a/ Amtrak's ("Amtrak") motion for summary judgment on punitive damages and consumer protection act ("CPA") claim, Dkt. 42, and the Court's order to show cause, Dkt. 52.

On October 31, 2019, Amtrak filed the instant motion requesting summary judgment on Plaintiffs Jacob Burke, Taytem Burke, Pennie Cottrell, and Belinda Cottrell-

1  Burke's ("Plaintiffs") request for punitive damages and Consumer Protection Act

2  ("CPA") claims.  Dkt. 42.  On November 18, 2019, Plaintiffs responded.  Dkt. 45.  On

3  November 22, 2019, Amtrak replied.  Dkt. 48.

4        On February 12, 2020, the Court issued an order requesting a joint status report on

5  outstanding discovery and the parties' position on severance of the CPA claims.  Dkt. 51.

6  No party responded.

7        Regarding Amtrak's motion, the Court grants the motion in part and denies the

8  motion in part on the same grounds and for the same reasons set forth in *Mitchem v. Nat'l*

9  *R.R. Passenger Corp.*, C18-5366 BHS, 2020 WL 91490 (W.D. Wash. Jan. 8, 2020) and

10 related cases cited therein.

11       Regarding Plaintiffs' CPA claim, the Court orders the claim severed.  The Clerk

12 shall open a new cause number for this claim with these parties.

13       **IT IS SO ORDERED.**

14       Dated this 25th day of February, 2020.

BENJAMIN H. SETTLE
United States District Judge